## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FINNIMORE, | CIVIL ACTION NO. 3:22-CV-01563-SRU |
| Plaintiff, | |
| v. | |
| EDWARD LENNON, *et al.* | JULY 15, 2025 |
| Defendants. | |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants hereby collectively move pursuant to Fed. R. Civ. P. 26(c) for a protective order barring plaintiff John Finnimore from filing internal affairs complaints, or otherwise invoking internal, extra-judicial procedures, against fellow officers of the East Haven Police Department who are witnesses in this case alleging misconduct while testifying at deposition or trial.  The genesis of this Motion is an internal affairs complaint plaintiff initiated against Officer Anthony Fiorillo a day after he was deposed in this case, accusing him of "disrespectful, abusive, profane, and threatening" behavior during his deposition.  Policing deposition proceedings and witness behavior is the province of this Court, it is not an internal affairs matter.  Plaintiff is improperly using the internal affairs process as a means of witness intimidation.  For this reason, as more fully articulated in the accompanying Memorandum of Law, a protective order should issue barring plaintiff's misuse of the internal affairs complaint procedure, or other internal processes, to harass and intimidate witnesses.

This will certify that, in accordance with the requirements of Fed. R. Civ. P. 26(c)(1), defendants' counsel has in good faith conferred with plaintiff's counsel to resolve this dispute without court action, but the parties could not come to an agreement.

Respectfully submitted,

DEFENDANTS,
EDWARD LENNON, TOWN OF EAST HAVEN, and PATRICK TRACEY

By: ___*Lawrence Peikes*___
    Lawrence Peikes (ct07913)
    lpeikes@wiggin.com
    WIGGIN AND DANA LLP
    Their Attorneys
    Two Stamford Plaza
    281 Tresser Boulevard
    Stamford, CT 06901
    (203) 363-7600

PAUL CARBO, DOMINIC BALLETO, DIANNE ROMANS, JOSEPH SILVESTRO, BARBARA BARBUITO, and THE TOWN OF EAST HAVEN BOARD OF POLICE COMMISSION

By: ___*Kenneth J. Mastroni*___
    Kenneth J. Mastroni (ct14213)
    kmastroni@mwllc.us
    MILANO & WANAT LLC
    Their Attorneys
    471 East Main Street
    Branford, CT 06405
    (203) 315-7217

24235\5\4937-9298-7478.v1