UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FINNIMORE | : CIVIL ACTION NO: |
|     PLAINTIFF, |     3:22CV1563-SRU |
| V. | |
| EDWARD LENNON, ET AL, | |
|     DEFENDANTS | : JULY 17, 2025 |

### APPLICATION FOR LEAVE TO FILE UNDER SEAL

The Plaintiff John Finnimore, moves to file under seal, in the above referenced case, a Objection and memorandum in support regarding the designation of certain documents and testimony as "Confidential" by the Defendants Lennon, Tracy and Town of East Haven pursuant to the Court's Standing Protective Order. The objection, memorandum and exhibits contain the designated information.

For all the foregoing reasons, the Plaintiff seeks leave to file his declaration and motion regarding discovery, which contain confidential information, under seal, so that the Court can examine them *in camera* when deciding the motion.

        Respectfully Submitted,
        JOHN FINNIMORE


BY:   /s/ *James S. Brewer (*ct 07019)
       James S. Brewer
       9 Steele Boulevard  Suite 3
       Berlin, CT 06037
       860-217-0652
       jbreweratty@gmail.com

## **CERTIFICATION**

      I hereby certify that on the above date, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing],

                                           /s/ *James S. Brewer*
                                          JAMES S. BREWER